Carl E. LESIEUR, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 76307.

Missouri Court of Appeals,
Western District.

July 22, 2014.

Motion for Rehearing and/or Transfer
to Supreme Court Denied Sept.
2, 2014.

Application for Transfer Denied
Oct. 28, 2014.

Damien De Loyola, Kansas City, MO, for appellant.

Evan J. Buchheim, Jefferson City, MO, for respondent.

Before Division Three: GARY D. WITT, Presiding Judge, JOSEPH M. ELLIS, Judge and THOMAS H. NEWTON, Judge.

## ORDER

PER CURIAM:

Carl Lesieur appeals the judgment of the trial court denying his Rule 29.15 motion for postconviction relief following an evidentiary hearing. Lesieur was convicted by a Boone County jury of two counts of second-degree statutory rape and sentenced to seven years on each count, to run consecutively to each other and to other sentences Lesieur was serving. We affirmed his direct appeal. Lesieur now alleges that he received ineffective assistance of counsel regarding the cross examination of two witnesses at trial. We affirm. A memorandum explaining our

decision has been provided to the parties. Rule 84.16(b).